FORM nhgnrlc (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Pensacola Division

In Re: Stephen Isaac Bryan
    SSN/ITIN: xxx−xx−5886
    Debtor

Amy Elizabeth Bryan
    SSN/ITIN: xxx−xx−3345
    Joint Debtor

Bankruptcy Case No.:  24−30229−KKS

Chapter:  13
Judge:  Karen K. Specie

## Notice of Rescheduled Confirmation Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on **October 2, 2024, at 09:30 AM,** *Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301**. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

*32* – Third Amended Chapter 13 Plan Filed by Joint Debtor Amy Elizabeth Bryan, Debtor Stephen Isaac Bryan (Re: 29 Amended Chapter 13 Plan). (Siegel, Brooks)

Dated: September 24, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:**  Service by the Court pursuant to applicable Rules.