UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 24-30229-KKS
 CHAPTER 13
STEPHEN ISAAC BRYAN
AMY ELIZABETH BRYAN

    Debtors
_____/

## CHAPTER 13 TRUSTEE'S OBJECTION(S) TO CONFIRMATION OF CHAPTER 13 PLAN (ECF NO. 50)

**COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and objects to confirmation of the *Fourth Amended Chapter 13 Plan* ("Plan", ECF No. 50) for the following reasons:

1. Panhandle Credit Union filed unsecured claim number 16 on October 25, 2024, after the deadline for filing claims expired. The Trustee intends to pay the claim as filed after the timely filed unsecured claims, absent an Order disallowing the claim.

2. The Debtors have family median income above the income for the state and size of the household as evidenced on Form 122C-1 and is therefore required to propose a sixty (60) month Plan. The Debtors' proposed Plan term is sixty (60) months; however, the Debtors are also required to pay the lesser of the

amount of the monthly net income reflected on Question 45 of Form 122C-2 times sixty (60) months to the unsecured creditors or the amount which would pay all general, unsecured claims in full with interest. The Plan fails to provide the required amount to unsecured creditors with inclusion of the unsecured claim filed by Panhandle Credit Union as referenced above.

3. The proposed plan provides for monthly plan payments of $523.14 for six (6) months, then $937.87 for the remaining fifty-four (54) months and states the total base of plan payments is $53,784.82; however, the monthly plan payments as proposed calculate to a total of $53,783.82.

4. Community South Credit Union filed claims secured by liens on Debtors' vehicles and also filed its *Objection to Confirmation* ("Objection", ECF No. 20) regarding the monthly payment amounts and interest rates for the liens the creditor holds on Debtors' vehicles. The Debtors have amended the Plan to conform to the secured creditor's filed Proofs of Claim, so the creditor's Objection appears to be moot now; however, the creditor has not withdrawn its Objection to date.

RESPECTFULLY SUBMITTED.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

# Exhibit "A"

STEPHEN ISAAC BRYAN
204 BRYAN LANE
DEFUNIAK SPRINGS, FL  32435

AMY ELIZABETH BRYAN
204 BRYAN LANE
DEFUNIAK SPRINGS, FL  32435

BROOKS RICHARD SIEGEL
BANKRUPTCY LAW GROUP, PLLC.
3323 NE 163RD STREET, SUITE 504
NORTH MIAMI BEACH, FL  33160